

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Yliana POZO-Campillo<br><br>Defendant. | Magistrate Case No.: '08 MJ 8200<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about March 6, 2008, within the Southern District of California, defendant Yliana POZO-Campillo did knowingly and intentionally import approximately 49.72 kilograms (109.38 lbs) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Lance Swanson
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7th, DAY OF MARCH 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Yliana POZO-Campillo

### STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Swanson.

On March 6, 2008 at approximately 0855 hours, Yliana POZO-Campillo entered the United States at the Calexico, California, West Port of Entry. POZO was the sole occupant driver of a 1997 white Chevy Venture mini-van.

During the primary inspection, Customs and Border Protection (CBP) Officer P. Ash noticed the interior roof of the vehicle was lower than normal. POZO stated the vehicle belonged to her husband and her destination was Calexico. POZO appeared overly friendly. POZO and the vehicle were referred to secondary inspection.

In the vehicle secondary lot, CBP K-9 Officer C. Anzaldo received an alert from his Narcotics Detection Dog (NDD) in the rear seat area of the interior of the vehicle.

Upon closer inspection, CBP Officer O. Hurtado discovered 8 packages concealed in the interior roof area of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 8 packages had a combined net weight of approximately 49.72 kilograms (109.38 lbs).

Prior to POZO's advisement of rights and interview, SA Swanson gathered her personal information. At that time, POZO stated her husband was deceased.

POZO was placed under arrest and advised of her Constitutional Rights, which she acknowledged and waived, agreeing to answer questions. POZO stated she borrowed the vehicle from her friend to go shopping. POZO stated to Special Agent Swanson she had no knowledge of the marijuana contained inside the vehicle and had only driven the vehicle once before. Special Agent Swanson conducted records checks that showed POZO crossing in that same vehicle at least 6 other times prior to her arrest.