UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury '08 CR 0805 W

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YLIANA POZO-CAMPILLO,<br><br>    Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about March 6, 2008, within the Southern District of California, defendant YLIANA POZO-CAMPILLO did knowingly and intentionally import approximately 49.72 kilograms (approximately 109.38 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:fer:Imperial
3/14/08

<u>Count 2</u>

On or about March 6, 2008, within the Southern District of California, defendant YLIANA POZO-CAMPILLO did knowingly and intentionally possess, with intent to distribute, approximately 49.72 kilograms (approximately 109.38 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 19, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney