1  **SARA M. PELOQUIN**
   Federal Defenders of San Diego, Inc.
2  California State Bar No. 254945
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: sara_peloquin@fd.org

5  Attorneys for Mrs. Pozo-Campillo,

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE THOMAS J. WHELAN)**

11 UNITED STATES OF AMERICA,        )   CASE NO. 08CR0805 -W
                                    )
12                      Plaintiff,  )   DATE: May 5, 2008
                                    )   TIME:  2:00 P.M.
13 v.                               )
                                    )
14 YLIANA POZO-CAMPILLO             )   NOTICE OF MOTIONS AND MOTIONS TO:
                                    )
15                      Defendant.  )   (1)   DISMISS THE INDICTMENT DUE TO
                                    )         UNCONSTITUTIONALITY OF STATUTE
16                                  )   (2)   DISMISS THE INDICTMENT FOR
                                    )         GRAND JURY VIOLATION;
17                                  )   (3)   SUPPRESS STATEMENTS;
                                    )   (4)   SUPPRESS EVIDENCE
18                                  )   (5)   COMPEL DISCOVERY;
                                    )   (6)   PRESERVE EVIDENCE; AND
19 _____ )   (7)   GRANT LEAVE TO FILE FURTHER
                                    )         MOTIONS
20 TO:    KAREN HEWITT, UNITED STATES ATTORNEY, AND
          LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY:
21

22         PLEASE TAKE NOTICE that on May 5, 2008 at 2:00 p.m., or as soon thereafter as counsel may be

23 heard, Yliana Pozo-Campillo, by and through her attorneys, Sara M. Peloquin, and Federal Defenders of San

24 Diego, Inc., will ask this Court to enter an order granting the following motions.

25 //

26 //

27 //

28 //

1

**MOTIONS**

2    Yliana Pozo-Campillo, by and through her attorneys, Sara M. Peloquin and Federal Defenders of San

3 Diego Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal

4 Procedure, and all other applicable statutes, case law, and local rules for an order to:

5    (1)    Dismiss the Indictment Due to Unconstitutionality of the Statute
       (2)    Dismiss the Indictment for Grand Jury Violation;
6    (3)    Suppress Statements;
       (4)    Suppress Evidence Obtained by the Unreasonable Search of the Cellphone
7    (5)    Compel Discovery
       (6)    Preserve Evidence; and
8    (7)    Grant Leave to File Further Motions.

9    These motions are based upon the instant motions and notice of motions, the attached statement of

10 facts and memorandum of points and authorities, the files and records in the above-captioned matter, and

11 any and all other materials that may come to this Court's attention prior to or during the hearing of these

12 motions.

13                                      Respectfully submitted,

14                                      *s/ Sara M. Peloquin*
   Dated: April 22, 2008               **SARA M. PELOQUIN**
15                                      Federal Defenders of San Diego, Inc.
                                        Attorney for Mrs. Pozo-Campillo
16

17

18

19

20

21

22

23

24

25

26

27

28