1  **SARA M. PELOQUIN**
   California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  sara_peloquin@fd.org

5  Attorneys for Mrs. Pozo-Campillo

8          UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  08CR0805-TJW |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **YLIANA POZO-CAMPILLO**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**LAWRENCE A. CASPER, Assistant United States Attorney**
Lawrence.Casper@usdoj.gov efile.dkt.gc2@usdoj.gov,;Yvette.Reyes@usdoj.gov

Dated: April 22, 2008              s/ Sara M. Peloquin
                                   SARA M. PELOQUIN
                                   Federal Defenders of San Diego, Inc.
                                   Attorneys for Mrs. Pozo-Campillo
                                   sara_peloquin@fd.org