**FILED**
MAY 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0805-W |
| Plaintiff, ) | |
| v. ) | **ORDER TO PRESERVE AND INSPECT EVIDENCE** |
| YLIANA POZO-CAMPILLO, ) | |
| Defendant. ) | |

   **IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination and photographing the vehicle seized in the above-captioned case, along with evidence found within the vehicle or on Ms. Pozo-Campillo's person. The government and its agents are further ordered to preserve the vehicle, evidence seized incident to the defendant's arrest, and items seized from the vehicle, until the resolution of this case.

   **IT IS SO ORDERED.**

DATED: 5/12/08

HONORABLE THOMAS J. WHELAN
United States District Court Judge