UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr00805-W |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| YLIANA POZO-CAMPILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Lawrence Casper, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: May 15, 2008                                  /s/Erica K. Zunkel
                                                     **ERICA K. ZUNKEL**
                                                     Federal Defenders
                                                     225 Broadway, Suite 900
                                                     San Diego, CA 92101-5030
                                                     (619) 234-8467  (tel)
                                                     (619) 687-2666  (fax)
                                                     E-Mail: erica_zunkel@fd.org