# INDEX OF EXHIBITS

## <u>United States v. Yliana Pozo-Campillo</u>

08cr0805-W

**Page**

(Exhibit A) Letter from Rebecca Kanter, Assistant U.S. Attorney  . . . . . . . . . . . . 1