

**U.S. Department of Justice**

**Karen P. Hewitt**
United States Attorney
Southern District of California

*Rebecca S. Kanter*  (619) 557-6747
*Assistant United States Attorney*  Fax (619) 235-2757

San Diego County Office  Imperial County Office
Federal Office Building  321 South Waterman Avenue
880 Front Street, Room 6293  Room 204
San Diego, California 92101-8893  El Centro, California 92243-2215

June 12, 2008

**Via U.S. Mail and Fax to (619) 687-2666**
Sara Peloquin, Esq.
Federal Defenders of San Diego, Inc.
225 West Broadway, Suite 900
San Diego, CA 92101

   Re:   U.S. v. Yliana Pozo-Campillo, Case No. 08cr0805-W

Dear Ms. Peloquin:

   This letter will serve as the Government's notice of expert testimony to be presented at trial in the above-referenced case, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G). I am also writing to provide notice of the Government's intent to use evidence at trial pursuant to Federal Rule of Evidence 404(b).

**Expert Witnesses**

Below are summaries of the qualifications of these witnesses and their expected testimony.

   DEA Chemist

   The substance seized in this case has been analyzed by Senior Forensic Chemist Fracia Martinez. The completed laboratory analysis DEA-7 report will be provided in discovery. The parties in this case may stipulate that the substance seized was, in fact, marijuana. In the event that you elect to forego stipulation, the Government will call forensic chemist Ms. Martinez with the Southwestern Lab of the Drug Enforcement Administration to testify as an expert in the field of narcotics analysis.

   This chemist will have performed the analysis of the contraband in this case. It is anticipated she will testify as to the consistency and weight of the contraband sampled and the positive test results indicating that the contraband is marijuana. She will also describe the process used to analyze the substance, including the receipt and handling thereof. The chemist will offer an expert opinion that the bulk tested is, in fact, marijuana. A copy of the chemist's resume will be sent to you.

To: Sara Peloquin, Esq.
U.S. v. Pozo-Campillo, 08cr0805-W
Page 2

### ICE Special Agent Jerry Conrad- Value Expert & TECs Expert

Immigration and Customs Enforcement Special Agent Jerry Conrad will testify as an expert in the field of narcotics trafficking. In substance, the agent will testify that given his training and experience, it is his opinion that the amount of marijuana involved in this case, the value of the marijuana, and the manner in which the marijuana was packaged, renders it extremely likely that it is a distribution, and not a personal use, amount. Moreover, the agent will testify as to the relative value of the marijuana in Mexico vis-a-vis its value following its importation into the United States. A copy of the memorandum he will prepare for this case will be provided once received.

More specifically, the agent will testify that the amount and value of the cocaine seized in this case contribute to the conclusion that this marijuana was intended for distribution. He will most likely testify that the wholesale price of the marijuana seized in this case would be approximately $150-200 per pound in Mexico to approximately $300-400 per pound in Calexico, California. At the retail/street level, meanwhile, the marijuana could command a much higher price.

The agent will testify that the marijuana is obtained more inexpensively in Mexico and that couriers bear the greatest risk as they cross the border and effectively double the value of the merchandise at the wholesale level. This is because the drivers have the critical responsibility of passing by law enforcement officials who are trained to detect persons transporting such loads.

The agent has been employed with Immigration and Customs Enforcement for several years. A copy of his summarized training and work experience will be provided. His opinions will based on the following: cases he has personally investigated; cases in which he has assisted in the investigation; arrests in which he has been involved; interviews with informants, defendants, cooperating defendants, and suspected smugglers; contacts with undercover agents and operations; ongoing communication with fellow agents and other federal and state law enforcement personnel; information obtained from other shared intelligence; literature and publications reviewed; seminars and courses dealing with the drug trade; and formal training from the academy.

Agent Conrad will also testify as an expert about the Treasury Enforcement Communications System ("TECs"). Agent Conrad will likely testify that he acquired his knowledge of the TECs system through the experiences described above.

### 404(b) Notice

While the Government does not necessarily consider TECS evidence to fall under the category of 404(b) evidence, notice is provided nonetheless that it will seek to introduce TECS crossing information related to Defendant and Defendant's vehicle that was seized in this case. The purpose of introducing this evidence is to prove intent, knowledge, preparation, plan, participation in drug smuggling, and absence of mistake or accident.

To: Sara Peloquin, Esq.
U.S. v. Pozo-Campillo, 08cr0805-W
Page 3

      Please contact my colleague, Mark Conover, at (619) 557-5200, if you have any questions on these expert witnesses or on any other matter relating to the July 1, 2008, trial. I will continue to forward any additional discovery as soon as it becomes available to the Government.

      Very truly yours,

      KAREN P. HEWITT
      United States Attorney

      REBECCA S. KANTER
      Assistant U.S. Attorney

3