**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
California State Bar No. 254945
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: sara_peloquin@fd.org

Attorneys for Mrs. Pozo-Campillo,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR0805 -W |
| Plaintiff, | DATE: July 1, 2008<br>TIME: 9:00 A.M. |
| v. | |
| YLIANA POZO-CAMPILLO | NOTICE OF MOTIONS AND MOTIONS *IN LIMINE* TO: |
| Defendant. | (1)   REQUEST ATTORNEY *VOIR DIRE*;<br>(2)   PRECLUDE 404(b) EVIDENCE;<br>(3)   PRECLUDE DOCUMENTS NOT PRODUCED IN DISCOVERY;<br>(4)   PRODUCE SUPPLEMENTAL REPORTS<br>(5)   PRECLUDE EXPERT TESTIMONY;<br>(6)   ADMIT EVIDENCE OF PUNISHMENT;<br>(7)   PRECLUDE POVERTY EVIDENCE;<br>(8)   PRECLUDE DEMEANOR EVIDENCE;<br>(9)   ADMIT COMPLETE POST-ARREST STATEMENTS;<br>(10)  EXCLUDE AGENT'S STATEMENTS THAT MS. POZO WAS UNTRUTHFUL<br>(11)  PRECLUDE MENTION OF INVOCATION OF FIFTH AMENDMENT RIGHTS<br>(12)  PRECLUDE GUILT ASSUMING HYPOTHETICALS<br>(13)  SEEKING COMPLIANCE WITH *JENCKS* ACT |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY;
       REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY; AND
       W. MARK CONOVER. ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on July 1, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, Yliana Pozo-Campillo, by and through her attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## MOTIONS

Yliana Pozo-Campillo, by and through her attorneys, Sara M. Peloquin and Federal Defenders of San Diego Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)    Request Attorney *Voir Dire*;
(2)    Preclude 404(b) Evidence;
(3)    Preclude Documents Not Produced In Discovery;
(4)    Produce Supplemental Reports;
(5)    Preclude Expert Testimony;
(6)    Admit Evidence of Punishment;
(7)    Preclude Poverty Evidence;
(8)    Preclude Demeanor Evidence;
(9)    Admit Complete Post-Arrest Statements;
(10)    Exclude Agent's Statements That Ms. Pozo Was Untruthful
(11)    Preclude Mention of Invocation of Fifth Amendment Rights;
(12)    Preclude Guilt Assuming Hypotheticals; and,
(13)    Seeking Compliance With The Jencks Act.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

*s/ Sara M. Peloquin*
Dated: June 19, 2008                    **SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorney for Ms. Pozo-Campillo