**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
California State Bar No. 254945
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: sara_peloquin@fd.org

Attorneys for Mrs. Pozo-Campillo,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0805 -W |
| ) | |
| Plaintiff, ) | DATE: July 1, 2008 |
| ) | TIME:  9:00 A.M. |
| v. ) | |
| ) | RESPONSE AND MOTION IN OPPOSITION |
| YLIANA POZO-CAMPILLO ) | TO GOVERNEMENT'S MOTIONS IN LIMINE: |
| ) | (1)   PRECLUDE EVIDENCE IMPEACHING |
| Defendant. ) | MS. POZO'S OUT OF COURT |
| ) | STATEMENTS |
| ) | (2)   PRECLUDE FOREIGN DOCUMENTS |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY;
      PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY; AND
      W. MARK CONOVER, ASSISTANT UNITED STATES ATTORNEY.

PLEASE TAKE NOTICE that on July 1, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, Yliana Pozo-Campillo, by and through her attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

//

**MOTIONS**

Yliana Pozo-Campillo, by and through her attorneys, Sara M. Peloquin and Federal Defenders of San Diego Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, Federal Rule of Evidence and all other applicable statutes, case law, and local rules for an order to:

(1) Preclude Evidence Impeaching Ms. Pozo's Out of Court Statement
(2) Preclude Foreign Documents

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

*s/ Sara M. Peloquin*
Dated: June 30, 2008              **SARA M. PELOQUIN**
                                  Federal Defenders of San Diego, Inc.
                                  Attorney for Mrs. Pozo-Campillo