**INDEX OF EXHIBITS**

<u>United States v. Yliana Pozo-Campillo</u>

08CR0805-TJW

**Page**

(Exhibit A) Marriage Certificate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1