# EXHIBIT A
Marriage Certificate

Case 3:08-cr-00805-W   Document 27-4   Filed 06/30/2008   Page 1 of 9



CERTIFICATION OF FOREIGN PUBLIC RECORDS

I, _Lic. Rogelio Aros Guzmán_
       NAME

attest that my position with the Government of Mexico is:

_Director del Registro Civil del Estado de B.C._
           OFFICIAL TITLE

and that in that position I am authorized by the laws of Mexico to attest that:

the documents attached hereto and described below:

    1) are true copies of official records that are authorized by the laws of Mexico to be

    recorded or filed in _Registro Civil del Estado_, and
       NAME OF PUBLIC OFFICE OR AGENCY

    2) set forth matters that are authorized by the laws of Mexico to be reported and recorded or filed.

DESCRIPTION OF DOCUMENTS:
1 Acta de Matrimonio
# 2871, a nombre de:
José Manuel Mora Rubio
e Yliana Pozo Campillo

_26-Junio-2008_
DATE



SIGNATURE

OFFICIAL SEAL

2

367

# ESTADOS UNIDOS MEXICANOS
## GOBIERNO DEL ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA
### REGISTRO CIVIL

**ACTA DE MATRIMONIO**

No. DE CONTROL: 2871
032

| EL | CLAVE UNICA DE REG. DE POBLACION |
| --- | --- |
| ELLA | CLAVE UNICA DE REG. DE POBLACION |

| OFICIALIA No. | LIBRO No. | ACTA No. | LOCALIDAD | FECHA DE REGISTRO |
| --- | --- | --- | --- | --- |
| 01 | IV | 2871 | MEXICALI | DIA 24 MES 11 AÑO 90 |

| MUNICIPIO O DELEGACION | ENTIDAD FEDERATIVA |
| --- | --- |
| MEXICALI | BAJA CALIFORNIA |

## CONTRAYENTES

- **NOMBRE DEL CONTRAYENTE:** JOSE MANUEL MORA RUBIO
- **LUGAR DE NACIMIENTO:** MEXICALI, MEXICALI, BAJA CALIFORNIA  **EDAD:** 23 AÑOS
- **NACIONALIDAD:** MEXICANA  **OCUPACION:** COMERCIANTE
- **DOMICILIO:** AV. SAN CARLOS #30 COL. BELLA VISTA MEXICALI, BAJA CALIFORNIA.

- **NOMBRE DE LA CONTRAYENTE:** YLIANA POZO CAMPILLO
- **LUGAR DE NACIMIENTO:** MEXICALI, MEXICALI, BAJA CALIFORNIA  **EDAD:** 25 AÑOS
- **NACIONALIDAD:** MEXICANA  **OCUPACION:** AGENTE DE VIAJES.
- **DOMICILIO:** CERRO DE LAS CAMPANAS #315 COL. INSURGENTES MEXICALI, BAJA CALIFORNIA.

## PADRES DEL CONTRAYENTE

- **NOMBRE DEL PADRE:** CARLOS MORA OROZCO  **NACIONALIDAD:** MEXICANA.
- **NOMBRE DE LA MADRE:** AMALIA RUBIO LOPEZ  **NACIONALIDAD:** MEXICANA.
- **DOMICILIO(S):** AVENIDA SAN CARLOS #30

## PADRES DE LA CONTRAYENTE

- **NOMBRE DEL PADRE:** LUIS POZO GERARDO  **NACIONALIDAD:** MEXICANA.
- **NOMBRE DE LA MADRE:** ALICIA CAMPILLO ALMADA  **NACIONALIDAD:** MEXICANA.
- **DOMICILIO(S):** CERRO DE LAS CAMPANAS #315.

## TESTIGOS DE LOS CONTRAYENTES

- **NOMBRE:** ING. MANUEL RAMOS RUBIO  **NACIONALIDAD:** MEXICANA  **EDAD:** 34 AÑOS
- **DOMICILIO:** VALLE DEL YAQUI #236 LOS PINOS  **PARENTESCO:** NINGUNO.

- **NOMBRE:** NANCY SANCHEZ DE RAMOS  **NACIONALIDAD:** MEXICANA  **EDAD:** 30 AÑOS
- **DOMICILIO:** VALLE DEL YAQUI 236  **PARENTESCO:** NINGUNO.

- **NOMBRE:** ING. SERGIO POZO CAMPILLO  **NACIONALIDAD:** MEXICANA  **EDAD:** 34 AÑOS
- **DOMICILIO:** RIO CASAS GRANDES 1931 VALLE DORADO  **PARENTESCO:** HERMANO DE LA CONT.

- **NOMBRE:** ALMA CASTAÑEDA DE POZO  **NACIONALIDAD:** MEXICANA  **EDAD:** 32 AÑOS
- **DOMICILIO:** RIO CASAS GRANDES 1931  **PARENTESCO:** CUÑADA DE LA CONT.

NOMBRE(S) DE LA(S) PERSONA(S) QUE DA(N) SU CONSENTIMIENTO POR MINORIA DE EDAD DEL(OS) CONTRAYENTE(S).

AUTORIZACION DE LA SECRETARIA DE GOBERNACION EN EL CASO DE CONTRAYENTE(S) EXTRANJERO(S).

ESTE CONTRATO DE MATRIMONIO ESTA SUJETO AL REGIMEN DE: SOCIEDAD CONYUGAL ○  SEPARACION DE BIENES ⊗

HABIENDO INTERROGADO A LOS CONTRAYENTES EN LOS TERMINOS QUE LA LEY ORDENA Y NO EXISTIENDO IMPEDIMENTO LEGAL O HABIENDO SIDO DISPENSADO EL EXISTENTE PARA LA CELEBRACION DEL MATRIMONIO, LOS DECLARO EN NOMBRE DE LA LEY Y ANTE LA SOCIEDAD UNIDOS EN MATRIMONIO Y SU CONTRATO MATRIMONIAL PERFECTO Y LEGITIMO PARA TODOS LOS EFECTOS LEGALES, PREVIA LECTURA QUE DI AL MISMO, LO RATIFICAN FIRMAN EN UNION DEL SUSCRITO QUIENES EN EL INTERVINIERON Y SABEN HACERLO, Y QUIENES NO, IMPRIMEN SU HUELLA DIGITAL. DOY FE.

EL C. OFICIAL _____ 1er. _____ DEL REGISTRO CIVIL

LA PRESENTE ACTA TIENE ANEXAS LAS ANOTACIONES SIGUIENTES:

ARCHIVO

3

368

Nº 597273

En nombre del Estado Libre y Soberano de Baja California, como titular de a Dirección del Registro Civil del Estado, certifico y hago saber a los que la presente vieren, que en el archivo de esta Dirección a mi cargo, en el libro 15, foja 32, partida 2871, obra el acta cuyos datos aparecen al anverso de la presente, la cual es copia fiel y exacta de su original. En este acto se compulsa y autoriza con mi firma y el sello oficial de esta oficina, a solicitud de parte interesada; en Mexicali, Baja California, a los 26 días del mes de junio del año 2008.

Secretaría General de Gobierno
Subsecretaría Jurídica del Estado
Dirección del Registro Civil

Lic. Rogelio Aros Guzmán

Cotejado por

Recibo No. 6547

4

369

| | |
|---|---|
| UNITED MEXICAN STATES ) | |
| STATE OF BAJA CALIFORNIA ) | |
| CITY OF TIJUANA ) ss: | |
| CONSULATE GENERAL OF THE ) | |
| UNITED STATES OF AMERICA ) | |

I, **Emma O. Knox**, Vice Consul of the United States of America in Tijuana, Baja California Mexico, duly commissioned and qualified, do hereby certify that **Rogelio Aros Guzman**, whose true signature and official seal are, respectively, subscribed and affixed to the annexed document, was, on the **26th day of June 2008**, the date thereof, Director of the Civil Registry in the State of Baja California, Mexico, to whose official acts faith and credit are due.

For the contents of the annexed document the Consulate General assumes no responsibility.

IN WITNESS WHEREOF I have hereunto set my hand and the seal of the Consulate General at Tijuana, Baja California, Mexico, this **26th day of June 2008.**

This document consists of **four** page(s).

Emma O. Knox
Vice Consul

5

370



CERTIFICATION OF FOREIGN PUBLIC RECORDS

I, _Lic. Rogelio Aros Guzmán_
   NAME

attest that my position with the Government of Mexico is:

_Director del Registro Civil del Estado de B.C._
   OFFICIAL TITLE

and that in that position I am authorized by the laws of Mexico to attest that:

the documents attached hereto and described below:

    1) are true copies of official records that are authorized by the laws of Mexico to be

    recorded or filed in _Registro Civil del Estado_, and
                         NAME OF PUBLIC OFFICE OR AGENCY

    2) set forth matters that are authorized by the laws of Mexico to be reported and recorded or filed.

DESCRIPTION OF DOCUMENTS:
1 Acta de Defunción # 813
A nombre de: José Manuel
Mora Rubio.

_26-Junio-2008_                              _[signature]_
DATE                                         SIGNATURE

OFFICIAL SEAL [seal]

6

371

**ESTADOS UNIDOS MEXICANOS**
**GOBIERNO DEL ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA**
**REGISTRO CIVIL**

No. DE CONTROL **0813**

**ACTA DE DEFUNCION**

CLAVE UNICA DE REGISTRO DE POBLACION: _____

013

| OFICIALIA | LIBRO No. | ACTA No. | LOCALIDAD | FECHA DE REGISTRO |
|---|---|---|---|---|
| 01 | — | 00813 | MEXICALI | DIA 18 MES 03 AÑO 1997 |

MUNICIPIO: MEXICALI   ENTIDAD FEDERATIVA: BAJA CALIFORNIA

**FINADO**

NOMBRE: JOSE MANUEL (NOMBRE[S])   MORA (PRIMER APELLIDO)   RUBIO (SEGUNDO APELLIDO)   SEXO: MASCULINO X   FEMENINO O

EDO. CIVIL: CASADO   NACIONALIDAD: MEXICANA   EDAD: 29 AÑOS   FECHA DE NACIMIENTO: 18-MAR-1967

DOMICILIO HABITUAL: LAGO DE LOS BOSQUES #789 JARDINES DEL LAGO
LOCALIDAD: MEXICALI   MUNICIPIO: MEXICALI   ENTIDAD: BAJA CALIFORNIA   PAIS: MEXICO

LUGAR DE NACIMIENTO: MEXICALI (LOCALIDAD)   MEXICALI (MUNICIPIO)   BAJA CALIFORNIA (ENTIDAD)   MEXICO (PAIS)

NOMBRE DEL CONYUGE: ILIANA POZO CAMPILLO   NACIONALIDAD: _____
NOMBRE DEL PADRE: CARLOS MORA OROZCO
NOMBRE DE LA MADRE: AMALIA RUBIO DE MORA

**FALLECIMIENTO**

FECHA DE DEFUNCION: 17 DE MARZO DE 1997   HORA: 03:00
LUGAR: CARRETERA SAN FELIPE KM 78.500 MEXICALI BAJA CALIFORNIA   CERTIFICADO No. 5399545
DESTINO DEL CADAVER: INHUMACION X   CREMACION O   NOMBRE DEL PANTEON O CREMATORIO: JARDIN DE LA ESPERANZA
UBICACION: MEXICALI B.C.   ORDEN No. _____
DONDE FALLECIO: VIA PUBLICA
CAUSA(S) DE LA MUERTE: POLITRAUMATISMO
TIPO DE DEFUNCION: _____ VIOLENTA
NOMBRE DEL MEDICO QUE CERTIFICO LA DEFUNCION: DR. FERNANDO SANCHEZ LOPEZ
No. DE CEDULA PROFESIONAL: 995873
DOMICILIO: CRISTOBAL GARCILAZO Y CALLE E (SEMEFO) MEXICALI, B.C.

**DECLARANTE**

NOMBRE: RAMON YOCUPICIO   EDAD: 42 AÑOS
NACIONALIDAD: MEXICANA   PARENTESCO: NINGUNO
DOMICILIO: MADERO #1999   OCUPACION: EMPLEADO

**TESTIGOS**

NOMBRE: FERNANDO CASTRO HERNANDEZ   NACIONALIDAD: MEXICANA   EDAD: 35 AÑOS
DOMICILIO: MADERO #1999   OCUPACION: EMPLEADO   PARENTESCO: NINGUNO
NOMBRE: GABINO SANCHEZ   NACIONALIDAD: MEXICANA   EDAD: 25 AÑOS
DOMICILIO: MADERO #1999   OCUPACION: EMPLEADO   PARENTESCO: NINGUNO

LA PRESENTE ACTA TIENE ANEXAS LAS ANOTACIONES SIGUIENTES: LA PRESENTE ACTA SE LEVANTO POR ORDEN DEL C. AGENTE DEL M.P.F.C. SEGUN OFICIO 17 AVER. PREVIA #157/97/109 DE FECHA 17 DE MARZO DE 1997 GPE. VICTORIA B.C.

**FIRMAS**

_TESTIGO_   _DECLARANTE_   Gabino Sanchez _TESTIGO_

SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN QUIENES EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO IMPRIMEN SU HUELLA DIGITAL, DOY FE.

El Suscrito Oficial del Registro Civil Núm. ____ de éste Municipio Certifica que la presente es copia fiel y exacta que corresponde en todas sus letras, números y signos con su original que tuve a la vista.
Certificación que se expide en: _____
01   MEXICALI, BAJA CALIFORNIA
El C. Oficial No.   del Registro Civil

LIC. RUBEN E. ARMENTA ZANABIA
Nombre   Firma

7

372

Nº 597274

*En nombre del Estado Libre y Soberano de Baja California, como titular de la Dirección del Registro Civil del Estado, certifico y hago saber a los que la presente vieren, que en el archivo de esta Dirección a mi cargo, en el libro 5, foja 13, partida 813, obra el acta cuyos datos aparecen al anverso de la presente, la cual es copia fiel y exacta de su original. En este acto se compulsa y autoriza con mi firma y el sello oficial de esta oficina, a solicitud de parte interesada; en Mexicali, Baja California, a los 26 días del mes de junio del año 2008.*

*Secretaría General de Gobierno*
*Subsecretaría Jurídica del Estado*
*Dirección del Registro Civil*

*Lic. Rogelio Aros Guzmán*

Cotejado por

Recibo No. 6546

8

373

UNITED MEXICAN STATES )
STATE OF BAJA CALIFORNIA )
CITY OF TIJUANA ) ss:
CONSULATE GENERAL OF THE )
UNITED STATES OF AMERICA )

I, **Emma O. Knox**, Vice Consul of the United States of America in Tijuana, Baja California Mexico, duly commissioned and qualified, do hereby certify that **Rogelio Aros Guzman**, whose true signature and official seal are, respectively, subscribed and affixed to the annexed document, was, on the **26th day of June 2008**, the date thereof, Director of the Civil Registry in the State of Baja California, Mexico, to whose official acts faith and credit are due.

For the contents of the annexed document the Consulate General assumes no responsibility.

IN WITNESS WHEREOF I have hereunto set my hand and the seal of the Consulate General at Tijuana, Baja California, Mexico, this **26th day of June 2008**.

This document consists of **four** page(s).

Emma O. Knox
Vice Consul

9

374