FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YLIANA POZO-CAMPILLO,<br><br>    Defendant. | Criminal No. 08cr0805-W<br><br>**ORDER TO ALLOW DEFENSE COUNSEL TO BRING ELECTRONIC EQUIPMENT TO COURTROOM** |

**IT IS HEREBY ORDERED**, good cause having been shown, that counsel for Ms. Pozo-Campillo, or employees of the Federal Defenders of San Diego, Inc., may bring electronic equipment to Courtroom 7 for trial in the above-captioned case.

Dated: 6/30/08

**HONORABLE THOMAS J. WHELAN**
United States District Judge