

United States District Court

Southern District of California

United States of America            Case Number 08CR0805-W

Vs

Yliana Pozo-Campillo            V E R D I C T

We, the jury in the above entitled case, find the defendant,

Yliana Pozo-Campillo,

__Guilty__ of importation of Marijuana as charged in count one of the
Not guilty/(guilty)

indictment.

__Guilty__ of possession of Marijuana with intent to distribute as charged
Not guilty/(guilty)

in count two of the indictment.

Dated: July 3, 2008

At: San Diego, California

_____
Presiding Juror