MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

### EXHIBIT LIST

USA VS Yliana Pozo-Campillo

X Plaintiff ___ Defendant ___ Court

Type of Hearing: Jury Trial

Case Number: 08CR0805-W

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 7/1/08 | 7/1/08 | Photograph of Calexico West Port of Entry |
| 2 | 7/1/08 | 7/1/08 | Photograph of white 1997 Chevy minivan |
| 3 | 7/2/08 | 7/2/08 | Photograph of minivan windshield |
| 4 | 7/2/08 | 7/2/08 | Photograph of minivan headliner being removed |
| 5 | 7/2/08 | 7/2/08 | Photograph of minivan ceiling compartment |
| 6 | 7/2/08 | 7/2/08 | Photograph of seized marijuana stacked behind minivan |
| 7 | 7/2/08 | 7/2/08 | Photograph of seized marijuana packages |
| 8 | 7/2/08 | 7/2/08 | Photograph of box |
| 9 | 7/2/08 | | Marijuana value chart |
| 10 | 7/2/08 | 7/2/08 | TECS crossings of minivan |
| 11 | 7/2/08 | 7/2/08 | TECS crossing of the defendant |
| 13 | 7/2/08 | | Certified Copy of Marriage License |
| 14 | 7/2/08 | | Certified Copy of Death Certificate |
| 15 | 7/2/08 | 7/2/08 | Vehicle Registration with translation |
| 16 | 7/2/08 | 7/2/08 | Miranda rights form |
| 17 | 7/2/08 | 7/2/08 | Certified records of telephone records |
| 18 | 7/2/08 | 7/2/08 | Certified records of telephone records |
| 19 | 7/2/08 | | Summary of telephone calls |
| 20 | 7/2/08 | | Flow chart of defendant's crossings and telephone calls |

1
K:\COMMON\CRT_CLRK\WHELAN\08-805 Govt Exhibit List.wpd