MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

### EXHIBIT LIST

USA  VS  Yliana Pozo-Campillo

___ Plaintiff   X Defendant   ___ Court   Type of Hearing: Jury Trial

Case Number: 08CR0805-W

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 7/1/08 |  | Report of Phillip Ash dated 3/6/08 |
| B | 7/2/08 |  | Letter of Agent Conrad |
| C | 7/2/08 |  | Letter about Agent Conrad |
| D | 7/2/08 |  | Copy of transcript of defendant's interview |
| F | 7/2/08 | 7/2/08 | Photograph of vehicle |
| G | 7/2/08 | 7/2/08 | Photograph of vehicle |
| H | 7/2/08 | 7/2/08 | Photograph of side view of minivan |
| I | 7/2/08 | 7/2/08 | 3 Photographs |